B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brittwood Creek LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3259174** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11500 W 79th St.**<br>**Burr Ridge, IL**<br>ZIP Code **60527** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**35th St. and Indian Trail**<br>**Oak Brook, IL 60523** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brittwood Creek LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brittwood Creek LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**April  9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Daniel Callaghan**
Signature of Authorized Individual

**Daniel Callaghan**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**April  9, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Brittwood Creek LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| All American Plumbing<br>6S716 Vandustrial Drive<br>Westmont, IL 60559 | All American Plumbing<br>6S716 Vandustrial Drive<br>Westmont, IL 60559 | Trade Debt | Disputed | 1,115.00 |
| Callaghan Associates, Inc.<br>43 BAYBROOK<br>OAK BROOK, IL 60523 | Callaghan Associates, Inc.<br>43 BAYBROOK<br>OAK BROOK, IL 60523 | Trade Debt |  | 326,294.00 |
| Contech Construction Products, Inc<br>1200 Harger<br>Oak Brook, IL 60523-1805 | Contech Construction Products, Inc<br>1200 Harger<br>Oak Brook, IL 60523-1805 | Trade Debt | Disputed | 2,805.81 |
| Daniel P. Callghan<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | Daniel P. Callghan<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | Loan | Disputed | 1,179,000.00 |
| David G. Callaghan Revocable Trust<br>c/o Jeffrey Schmidt, trustee<br>2580 Foxfield, St. 201<br>Saint Charles, IL 60174 | David G. Callaghan Revocable Trust<br>c/o Jeffrey Schmidt, trustee<br>2580 Foxfield, St. 201<br>Saint Charles, IL 60174 | Loan | Disputed | 1,000,000.00 |
| Engineering Resource Assoc, Inc<br>3S701 West Avenue<br>Suite 150<br>Warrenville, IL 60555-3264 | Engineering Resource Assoc, Inc<br>3S701 West Avenue<br>Suite 150<br>Warrenville, IL 60555-3264 | Trade Debt | Disputed | 19,163.00 |
| Fergon Architects, LLC<br>434 N Dover Ave<br>LaGrange Park, IL 60526 | Fergon Architects, LLC<br>434 N Dover Ave<br>LaGrange Park, IL 60526 | Trade Debt | Disputed | 1,542.00 |
| Forest Gate Inc.<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | Forest Gate Inc.<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | Loan | Disputed | 456,705.00 |
| Image Enterprises, Inc.<br>565 Clarissa Court<br>Naperville, IL 60540 | Image Enterprises, Inc.<br>565 Clarissa Court<br>Naperville, IL 60540 | Trade Debt | Disputed | 1,166.67 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Brittwood Creek LLC**            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Institute In Basic Life Prinicples<br>943 N. Adams Rd.<br>Oak Brook, IL 60523 | Institute In Basic Life Prinicples<br>943 N. Adams Rd.<br>Oak Brook, IL 60523 | Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523 | | 13,102,000.00 (32,000,000.00 secured) (22,134,063.36 senior lien) |
| J & L Enterprises, LTD<br>4700 N Gilbert Ave, Suite 47<br>PMB # 221<br>Western Springs, IL 60558-1666 | J & L Enterprises, LTD<br>4700 N Gilbert Ave, Suite 47<br>PMB # 221<br>Western Springs, IL 60558-1666 | Trade Debt | Disputed | 5,000.00 |
| John H. Yelnick Construction Co<br>130 Indian Wood Lane<br>INDIAN HEAD PARK, IL 60525-3726 | John H. Yelnick Construction Co<br>130 Indian Wood Lane<br>INDIAN HEAD PARK, IL 60525-3726 | Trade Debt | Disputed | 6,456.00 |
| Morrissey & Robinson<br>One Oak Brook Terrace Suite 802<br>Oakbrook Terrace, IL 60181-4476 | Morrissey & Robinson<br>One Oak Brook Terrace Suite 802<br>Oakbrook Terrace, IL 60181-4476 | Trade Debt | Disputed | 7,158.49 |
| O'Neill Masonry, Inc.<br>12541 Rosewood Drive<br>Homer Glen, IL 60491 | O'Neill Masonry, Inc.<br>12541 Rosewood Drive<br>Homer Glen, IL 60491 | Trade Debt | Disputed | 33,941.25 |
| P. Walker Bros., Inc.<br>716 Burlington Ave Suite 150<br>LaGrange, IL 60525 | P. Walker Bros., Inc.<br>716 Burlington Ave Suite 150<br>LaGrange, IL 60525 | Trade Debt | Disputed | 103,092.65 |
| Pac Van<br>2693 Paysphere Circle<br>Chicago, IL 60674 | Pac Van<br>2693 Paysphere Circle<br>Chicago, IL 60674 | Trade debt | Disputed | 975.00 |
| Prairie Path Pavers, Inc.<br>500 E. Cossitt Ave.<br>LaGrange, IL 60525 | Prairie Path Pavers, Inc.<br>500 E. Cossitt Ave.<br>LaGrange, IL 60525 | Trade Debt | Disputed | 70,205.00 |
| Siebert Trucking Service, Inc.<br>PO Box 5006<br>Naperville, IL 60567-5006 | Siebert Trucking Service, Inc.<br>PO Box 5006<br>Naperville, IL 60567-5006 | Trade Debt | Disputed | 1,058.75 |
| Trident Custom Builders<br>1357 Lahard Road<br>New Lenox, IL 60451 | Trident Custom Builders<br>1357 Lahard Road<br>New Lenox, IL 60451 | Trade Debt | Disputed | 3,400.25 |
| Visa<br>PO 1111<br>Madison, WI 53701 | Visa<br>PO 1111<br>Madison, WI 53701 | Trade debt | Disputed | 7,722.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Brittwood Creek LLC**                                                Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 9, 2010**                     Signature   **/s/ Daniel Callaghan**
                                                          **Daniel Callaghan**
                                                          **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

All American Plumbing
6S716 Vandustrial Drive
Westmont, IL 60559


Arrow Road Construction Co.
3401 S. Busse Rd.
PO Box 334
Mount Prospect, IL 60056


Bellock & Coogan, Inc.
1110 Jorie Blvd
Suite 210
Oak Brook, IL 60523


Bridgeview Bank
7940 S. Harlem
Bridgeview, IL 60455


Callaghan Associates, Inc.
43 BAYBROOK
OAK BROOK, IL 60523


Contech Construction Products, Inc
1200 Harger
Oak Brook, IL 60523-1805


Daniel Callaghan
43 Baybrook Ln.
Oak Brook, IL 60523


Daniel P. Callghan
43 Baybrook Ln.
Oak Brook, IL 60523


David G. Callaghan Revocable Trust
c/o Jeffrey Schmidt, trustee
2580 Foxfield, St. 201
Saint Charles, IL 60174


Engineering Resource Assoc, Inc
3S701 West Avenue
Suite 150
Warrenville, IL 60555-3264

```
Fergon Architects, LLC
434 N Dover Ave
LaGrange Park, IL 60526


Forest Gate Inc.
43 Baybrook Ln.
Oak Brook, IL 60523


Halquist Stone
PO Box 88033
Milwaukee, WI 53288-0033


Honey Bucket
PO Box 491
Elmhurst, IL 60126


Image Enterprises, Inc.
565 Clarissa Court
Naperville, IL 60540


Institute In Basic Life Prinicples
943 N. Adams Rd.
Oak Brook, IL 60523


Ives/Ryan Group
1801-A North Mill Street
Naperville, IL 60563-1274


J & L Enterprises, LTD
4700 N Gilbert Ave, Suite 47
PMB # 221
Western Springs, IL 60558-1666


John H. Yelnick Construction Co
130 Indian Wood Lane
INDIAN HEAD PARK, IL 60525-3726


John Pcolinski
Guerard, Kalina and Butkus
100 W. Roosevelt, St., St. A1
Wheaton, IL 60187
```

```
Morrissey & Robinson
One Oak Brook Terrace
Suite 802
Oakbrook Terrace, IL 60181-4476


Neslund & Associates
115 S. River Rd.
North Aurora, IL 60542


O'Neill Masonry, Inc.
12541 Rosewood Drive
Homer Glen, IL 60491


P. Walker Bros., Inc.
716 Burlington Ave
Suite 150
LaGrange, IL 60525


Pac Van
2693 Paysphere Circle
Chicago, IL 60674


Prairie Path Pavers, Inc.
500 E. Cossitt Ave.
LaGrange, IL 60525


Siebert Trucking Service, Inc.
PO Box 5006
Naperville, IL 60567-5006


Testing Service Corp.
360 S. Main Place
Carol Stream, IL 60188-2448


Trident Custom Builders
1357 Lahard Road
New Lenox, IL 60451


Unilock Chicago
301 E. Sullivan rd.
Aurora, IL 60504


Visa
PO 1111
Madison, WI 53701
```

```
Willie Brothers Lumber, Inc.
12600 Hamlin Court
Alsip, IL 60803


Woodland Green, Inc.
2655 N Meadow Dr
Morris, IL 60450
```