B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Brittwood Creek LLC**  
Debtor(s)

Case No. **10-15776**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **All American Plumbing**<br>**6S716 Vandustrial Drive**<br>**Westmont, IL 60559** | **All American Plumbing**<br>**6S716 Vandustrial Drive**<br>**Westmont, IL 60559** | **Trade Debt** | **Disputed** | **1,115.00** |
| **Callaghan Associates, Inc.**<br>**43 BAYBROOK**<br>**OAK BROOK, IL 60523** | **Callaghan Associates, Inc.**<br>**43 BAYBROOK**<br>**OAK BROOK, IL 60523** | **Trade Debt** | | **326,294.00** |
| **Contech Construction Products, Inc**<br>**1200 Harger**<br>**Oak Brook, IL 60523-1805** | **Contech Construction Products, Inc**<br>**1200 Harger**<br>**Oak Brook, IL 60523-1805** | **Trade Debt** | **Disputed** | **2,805.81** |
| **Daniel P. Callghan**<br>**43 Baybrook Ln.**<br>**Oak Brook, IL 60523** | **Daniel P. Callghan**<br>**43 Baybrook Ln.**<br>**Oak Brook, IL 60523** | **Loan** | **Disputed** | **1,179,000.00** |
| **David G. Callaghan Revocable Trust**<br>**c/o Jeffrey Schmidt, trustee**<br>**2580 Foxfield, St. 201**<br>**Saint Charles, IL 60174** | **David G. Callaghan Revocable Trust**<br>**c/o Jeffrey Schmidt, trustee**<br>**2580 Foxfield, St. 201**<br>**Saint Charles, IL 60174** | **Loan** | **Disputed** | **1,000,000.00** |
| **Engineering Resource Assoc, Inc**<br>**3S701 West Avenue**<br>**Suite 150**<br>**Warrenville, IL 60555-3264** | **Engineering Resource Assoc, Inc**<br>**3S701 West Avenue**<br>**Suite 150**<br>**Warrenville, IL 60555-3264** | **Trade Debt** | **Disputed** | **19,163.00** |
| **Fergon Architects, LLC**<br>**434 N Dover Ave**<br>**LaGrange Park, IL 60526** | **Fergon Architects, LLC**<br>**434 N Dover Ave**<br>**LaGrange Park, IL 60526** | **Trade Debt** | **Disputed** | **1,542.00** |
| **Forest Gate Inc.**<br>**43 Baybrook Ln.**<br>**Oak Brook, IL 60523** | **Forest Gate Inc.**<br>**43 Baybrook Ln.**<br>**Oak Brook, IL 60523** | **Loan** | **Disputed** | **456,705.00** |
| **Image Enterprises, Inc.**<br>**565 Clarissa Court**<br>**Naperville, IL 60540** | **Image Enterprises, Inc.**<br>**565 Clarissa Court**<br>**Naperville, IL 60540** | **Trade Debt** | **Disputed** | **1,166.67** |

B4 (Official Form 4) (12/07) - Cont.

In re **Brittwood Creek LLC** Case No. **10-15776**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Institute In Basic Life Prinicples<br>943 N. Adams Rd.<br>Oak Brook, IL 60523 | Institute In Basic Life Prinicples<br>943 N. Adams Rd.<br>Oak Brook, IL 60523 | Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523 | | 13,102,000.00 (32,000,000.00 secured) (22,134,063.36 senior lien) |
| J & L Enterprises, LTD<br>4700 N Gilbert Ave, Suite 47<br>PMB # 221<br>Western Springs, IL 60558-1666 | J & L Enterprises, LTD<br>4700 N Gilbert Ave, Suite 47<br>PMB # 221<br>Western Springs, IL 60558-1666 | Trade Debt | Disputed | 5,000.00 |
| John H. Yelnick Construction Co<br>130 Indian Wood Lane<br>INDIAN HEAD PARK, IL 60525-3726 | John H. Yelnick Construction Co<br>130 Indian Wood Lane<br>INDIAN HEAD PARK, IL 60525-3726 | Trade Debt | Disputed | 6,456.00 |
| Morrissey & Robinson<br>One Oak Brook Terrace<br>Suite 802<br>Oakbrook Terrace, IL 60181-4476 | Morrissey & Robinson<br>One Oak Brook Terrace<br>Suite 802<br>Oakbrook Terrace, IL 60181-4476 | Trade Debt | Disputed | 7,158.49 |
| O'Neill Masonry, Inc.<br>12541 Rosewood Drive<br>Homer Glen, IL 60491 | O'Neill Masonry, Inc.<br>12541 Rosewood Drive<br>Homer Glen, IL 60491 | Trade Debt | Disputed | 33,941.25 |
| P. Walker Bros., Inc.<br>716 Burlington Ave<br>Suite 150<br>LaGrange, IL 60525 | P. Walker Bros., Inc.<br>716 Burlington Ave<br>Suite 150<br>LaGrange, IL 60525 | Trade Debt | Disputed | 103,092.65 |
| Pac Van<br>2693 Paysphere Circle<br>Chicago, IL 60674 | Pac Van<br>2693 Paysphere Circle<br>Chicago, IL 60674 | Trade debt | Disputed | 975.00 |
| Prairie Path Pavers, Inc.<br>500 E. Cossitt Ave.<br>LaGrange, IL 60525 | Prairie Path Pavers, Inc.<br>500 E. Cossitt Ave.<br>LaGrange, IL 60525 | Trade Debt | Disputed | 70,205.00 |
| Siebert Trucking Service, Inc.<br>PO Box 5006<br>Naperville, IL 60567-5006 | Siebert Trucking Service, Inc.<br>PO Box 5006<br>Naperville, IL 60567-5006 | Trade Debt | Disputed | 1,058.75 |
| Trident Custom Builders<br>1357 Lahard Road<br>New Lenox, IL 60451 | Trident Custom Builders<br>1357 Lahard Road<br>New Lenox, IL 60451 | Trade Debt | Disputed | 3,400.25 |
| Visa<br>PO 1111<br>Madison, WI 53701 | Visa<br>PO 1111<br>Madison, WI 53701 | Trade debt | Disputed | 7,722.00 |


B4 (Official Form 4) (12/07) - Cont.

In re **Brittwood Creek LLC** Case No. **10-15776**
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 9, 2010**  Signature  **/s/ Daniel Callaghan**
**Daniel Callaghan**
**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.