B6A (Official Form 6A) (12/07)

In re  **Brittwood Creek LLC**                                                                 ,         Case No.  **10-15776**
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523** | **Fee simple** | - | **32,000,000.00** | **35,236,063.36** |

|  |  |  |
|---|---|---|
| Sub-Total > | **32,000,000.00** | (Total of this page) |
| Total > | **32,000,000.00** |  |

 **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re **Brittwood Creek LLC**, Case No. **10-15776**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bridgeview Bank** **Bridgeview, Ill.** **Checking acct. 0616078201** **Escrow Acct. 0618085502** | - | 0.00 |
| | | **Bridgeview Bank** **Bridgeview, Ill.** **Escrow acct.** | - | 0.00 |
| | | **Chase Bank** **Burr Ridge, Ill.** **Checking Acct. 0818634990** **Savins Acct. 02936396924** | - | 2,066.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > (Total of this page) | **2,066.00** |
|---|---|---|

__2__ continuation sheets attached to the Schedule of Personal Property

In re  **Brittwood Creek LLC**                    ,    Case No.  **10-15776**
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re **Brittwood Creek LLC**, Case No. **10-15776**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Checvy Pickup** | - | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 desk, conference table, 9 chairs, lamp** | - | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **6,000.00** |
| Total > | **8,066.00** |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Brittwood Creek LLC**                                            ,      Case No.  **10-15776**
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arrow Road Construction Co.**<br>**3401 S. Busse Rd.**<br>**PO Box 334**<br>**Mount Prospect, IL 60056** | | - | **Mechanics Lien**<br><br>**Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523**<br><br>Value $  32,000,000.00 | | | X | 80,003.24 | 0.00 |
| Account No. **xxxxxxxxx-x0501**<br><br>**Bridgeview Bank**<br>**7940 S. Harlem**<br>**Bridgeview, IL 60455** | | - | **December 13, 2006**<br><br>**First Mortgage**<br><br>**Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523**<br><br>Value $  32,000,000.00 | | | X | 22,000,000.00 | 0.00 |
| Account No.<br><br>**Institute In Basic Life Prinicples**<br>**943 N. Adams Rd.**<br>**Oak Brook, IL 60523** | | - | **December 4, 2006**<br><br>**Subordinated Mortgage**<br><br>**Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523**<br><br>Value $  32,000,000.00 | | | | 13,102,000.00 | 3,236,063.36 |
| Account No.<br><br>**Neslund & Associates**<br>**115 S. River Rd.**<br>**North Aurora, IL 60542** | | - | **Mechanics lien**<br><br>**Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523**<br><br>Value $  32,000,000.00 | | | X | 11,413.12 | 0.00 |
| **_1_** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 35,193,416.36 | 3,236,063.36 |

In re  **Brittwood Creek LLC**, Case No. **10-15776**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Testing Service Corp.**<br>**360 S. Main Place**<br>**Carol Stream, IL 60188-2448** | - | | **Mechanics lien**<br>**Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523**<br>Value $ **32,000,000.00** | | | X | **13,625.00** | **0.00** |
| Account No.<br>**Unilock Chicago**<br>**301 E. Sullivan rd.**<br>**Aurora, IL 60504** | - | | **Mechanics Lien**<br>**Lots 1 through 16 and Lots 18 to 30 in Brittwood Creek Subdivision, aka 35th Street and Rt. 83, Oak brook, Ill. 60523**<br>Value $ **32,000,000.00** | | | X | **29,022.00** | **0.00** |
| Account No.<br><br>Value $ | | | | | | | | |
| Account No.<br><br>Value $ | | | | | | | | |
| Account No.<br><br>Value $ | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **42,647.00**  **0.00**

Total (Report on Summary of Schedules) **35,236,063.36**  **3,236,063.36**

B6E (Official Form 6E) (4/10)

.

In re  **Brittwood Creek LLC**                              ,   Case No. **10-15776**
　　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

　　　　　　　　　　　　　　　　　　　　**0**　　 continuation sheets attached

In re **Brittwood Creek LLC**, Case No. **10-15776**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**All American Plumbing**<br>**6S716 Vandustrial Drive**<br>**Westmont, IL 60559** | - | | **Trade Debt** | | | X | 1,115.00 |
| Account No. <br><br>**Bellock & Coogan, Inc.**<br>**1110 Jorie Blvd**<br>**Suite 210**<br>**Oak Brook, IL 60523** | - | | **Trade Debt** | | | X | 418.50 |
| Account No. <br><br>**Callaghan Associates, Inc.**<br>**43 BAYBROOK**<br>**OAK BROOK, IL 60523** | - | | **Trade Debt** | | | | 326,294.00 |
| Account No. <br><br>**Contech Construction Products, Inc**<br>**1200 Harger**<br>**Oak Brook, IL 60523-1805** | - | | **Trade Debt** | | | X | 2,805.81 |

__5__ continuation sheets attached

Subtotal (Total of this page) **330,633.31**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brittwood Creek LLC**, Case No. **10-15776**
              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Daniel P. Callghan<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | - | | Loan | | | X | 1,179,000.00 |
| Account No.<br>David G. Callaghan Revocable Trust<br>c/o Jeffrey Schmidt, trustee<br>2580 Foxfield, St. 201<br>Saint Charles, IL 60174 | - | | Loan | | | X | 1,000,000.00 |
| Account No.<br>Engineering Resource Assoc, Inc<br>3S701 West Avenue<br>Suite 150<br>Warrenville, IL 60555-3264 | - | | Trade Debt | | | X | 19,163.00 |
| Account No.<br>Fergon Architects, LLC<br>434 N Dover Ave<br>LaGrange Park, IL 60526 | - | | Trade Debt | | | X | 1,542.00 |
| Account No.<br>Forest Gate Inc.<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | - | | Loan | | | X | 456,705.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,656,410.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brittwood Creek LLC**  ,    Case No.  **10-15776**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Halquist Stone**<br>**PO Box 88033**<br>**Milwaukee, WI 53288-0033** | | - | **Trade Debt** | | | X | 247.00 |
| Account No.<br><br>**Honey Bucket**<br>**PO Box 491**<br>**Elmhurst, IL 60126** | | - | **Trade Debt** | | | X | 210.00 |
| Account No.<br><br>**Image Enterprises, Inc.**<br>**565 Clarissa Court**<br>**Naperville, IL 60540** | | - | **Trade Debt** | | | X | 1,166.67 |
| Account No.<br><br>**Ives/Ryan Group**<br>**1801-A North Mill Street**<br>**Naperville, IL 60563-1274** | | - | **Trade Debt** | | | X | 226.65 |
| Account No.<br><br>**J & L Enterprises, LTD**<br>**4700 N Gilbert Ave, Suite 47**<br>**PMB # 221**<br>**Western Springs, IL 60558-1666** | | - | **Trade Debt** | | | X | 5,000.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **6,850.32**

In re  **Brittwood Creek LLC**  ,  Case No. **10-15776**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**John H. Yelnick Construction Co**<br>**130 Indian Wood Lane**<br>**INDIAN HEAD PARK, IL 60525-3726** | - | | **Trade Debt** | | | X | 6,456.00 |
| Account No.<br>**Morrissey & Robinson**<br>**One Oak Brook Terrace**<br>**Suite 802**<br>**Oakbrook Terrace, IL 60181-4476** | - | | **Trade Debt** | | | X | 7,158.49 |
| Account No.<br>**O'Neill Masonry, Inc.**<br>**12541 Rosewood Drive**<br>**Homer Glen, IL 60491** | - | | **Trade Debt** | | | X | 33,941.25 |
| Account No.<br>**P. Walker Bros., Inc.**<br>**716 Burlington Ave**<br>**Suite 150**<br>**LaGrange, IL 60525** | - | | **Trade Debt** | | | X | 103,092.65 |
| Account No.<br>**Pac Van**<br>**2693 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **Trade debt** | | | X | 975.00 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **151,623.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brittwood Creek LLC**, Case No. **10-15776**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Prairie Path Pavers, Inc.**<br>**500 E. Cossitt Ave.**<br>**LaGrange, IL 60525** | - | | **Trade Debt** | | | X | 70,205.00 |
| Account No.<br>**Siebert Trucking Service, Inc.**<br>**PO Box 5006**<br>**Naperville, IL 60567-5006** | - | | **Trade Debt** | | | X | 1,058.75 |
| Account No.<br>**Trident Custom Builders**<br>**1357 Lahard Road**<br>**New Lenox, IL 60451** | - | | **Trade Debt** | | | X | 3,400.25 |
| Account No. **xxxx-xxxx-xxxx-0304**<br>**Visa**<br>**PO 1111**<br>**Madison, WI 53701** | - | | **Trade debt** | | | X | 7,722.00 |
| Account No.<br>**Willie Brothers Lumber, Inc.**<br>**12600 Hamlin Court**<br>**Alsip, IL 60803** | - | | **Trade Debt** | | | X | 214.79 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **82,600.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brittwood Creek LLC**,     Case No. **10-15776**
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Woodland Green, Inc.<br>2655 N Meadow Dr<br>Morris, IL 60450 | - | | Trade Debt | | | X | 651.13 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **651.13**

Total (Report on Summary of Schedules)     **3,228,768.94**

B6H (Official Form 6H) (12/07)

In re **Brittwood Creek LLC**, Case No. **10-15776**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Callaghan**<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | **Bridgeview Bank**<br>7940 S. Harlem<br>Bridgeview, IL 60455 |
| **Daniel Callaghan**<br>43 Baybrook Ln.<br>Oak Brook, IL 60523 | **Institute In Basic Life Prinicples**<br>943 N. Adams Rd.<br>Oak Brook, IL 60523 |

**0** continuation sheets attached to Schedule of Codebtors

4/09/10 3:09PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Brittwood Creek LLC**                                                          Case No.   **10-15776**
Debtor(s)                                                          Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 9, 2010**               Signature   **/s/ Daniel Callaghan**
                                                 **Daniel Callaghan**
                                                 **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C. §§ 152 and 3571.