## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-15776 |
| Brittwood Creek LLC ) | CHAPTER 11 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

### AFFIDAVIT OF WALTER W. MORRISSEY
### STATE OF ILLINOIS, COUNTY OF DUPAGE

I, WALTER W. MORRISSEY, begin first duly sworn upon oath, depose and state as follows:

1. I am an attorney who, since 1972, has been licensed to practice as an attorney in the states of Illinois and Florida. I am a partner in the firm of Morrissey & Robinson (M&R) with its offices located at One Oakbrook Terrace, Suite 802, Oakbrook Terrace, Illinois 60181. I am submitting this Affidavit in support of an Application by the above named Debtor to retain me as its special counsel in the matter identified above.

2. M&R has no connection with the Debtors, its creditors, or any other party in interest herein, or their respective attorneys and accountants, except that the firm represents the Debtor in its real estate matters prior to the filing of the bankruptcy case and is listed on the Schedule F filed in conjunction with the case in an amount being owed of $7,158 which the firm is willing to waive being owed.

3. I further state that to the best of my knowledge, neither I nor M&R has any connections with the Debtor, any of the Debtor's creditors, any other party in interest, except for professional services provided Callaghan Associates, Inc. and Savoy Club, LLC their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee other than what has been mentioned herein.

4. M&R represents no interest adverse to the Debtor, or its estate in the matters upon which it is engaged.

5. M&R proposes to perform professional services for the above named Debtor in connection with the above caption Bankruptcy case.

Dated: April 27, 2010

Affiant: /s/ Walter W. Morrissey

SUBSCRIBED AND SWORN
to before me this 27th day of April, 2010.

/s/ Janett Castillo
NOTARY PUBLIC

OFFICIAL SEAL
JANETT CASTILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-21-2010