# Ex. A
## Lot Sales Analysis

| Lot Number | Original price | Stimulus price | Sale Price |
|---|---|---|---|
| 3 | 2,000,000.00 | 1,050,000.00 | 800,000.00 |
| 6 | 2,400,000.00 | 1,200,000.00 | 850,000.00 |
| 7 | 2,350,000.00 | 1,200,000.00 | 1,015,000.00 |
| 12 | 1,350,000.00 | 700,000.00 | 535,000.00 |
| 16 | 1,600,000.00 | 850,000.00 | 650,000.00 |
| 23 | 1,600,000.00 | 850,000.00 | 650,000.00 |
| 26 | 2,150,000.00 | 1,200,000.00 | 1,000,000.00 |
| 27 | 2,250,000.00 | 1,250,000.00 | 1,050,000.00 |
| 29 | 1,350,000.00 | 700,000.00 | 525,000.00 |



BRITTWOOD CREEK
OAK BROOK, ILLINOIS

30 LOT PLAN

SITE DATA

Site Area = 57.81 Ac.
R-1
2 Acre Minimum = 12 Lots
R-2
58,800 sq. ft. Minimum = 18 Lots
TOTAL LOTS = 30 LOTS

NOTE: Exact site layout and detention sizes and locations are subject to engineering and may be adjusted or altered.

BRITTWOOD CREEK, LLC
808 E. OGDEN AVENUE
WESTMONT, ILLINOIS 60559
TEL: 630.887.9035

ALLEN L. KRACOWER