# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:

BRITTWOOD CREEK, LLC,

        Debtor.

                                 /

Case No. 10-15776
Chapter 11

Hon. Jacqueline P. Cox
Tuesday, May 25, 2010
1:00 pm Hearing

## AGREED ORDER FOR RELIEF FROM AUTOMATIC STAY
## IN FAVOR OF BRIDGEVIEW BANK GROUP

THIS CAUSE coming to be heard upon the *Motion of Bridgeview Bank Group Pursuant to 11 U.S.C. §§ 1112(b), 362(d), 361 and 363, for an Order Dismissing the Bankruptcy Case, or, in the Alternative, Granting Relief from the Automatic Stay and Adequate Protection* (the "Motion")[1]; the Court having reviewed the pleadings and heard statements from counsel to Bridgeview Bank Group ("Lender") in support of the Motion; due and sufficient notice of the Motion having been given to all parties entitled thereto; the Debtor advising the Court that it consents to relief from the automatic stay in favor of the Lender; the Court finding grounds to grant the relief requested in this Agreed Order; and the Court being otherwise fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY AGREED BY THE DEBTOR AND THE LENDER AND FURTHER ORDERED THAT, EFFECTIVE IMMEDIATELY:**

    A.    The Motion is GRANTED as follows:

    B.    The automatic stay imposed under 11 U.S.C. § 362 is immediately terminated and annulled as to Lender and with respect to Lender's interest in the Project, and, without further order of court, Lender is hereby authorized to do any and all acts necessary and/or proper to enforce its rights with respect to the Project, including but not limited to, continuing the Foreclosure Action and sheriff's sale re-scheduled therein with respect to the Project.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

CHICAGO/#2060877.3

C.  This Order shall not affect Lender's claims and rights arising from the Loan Documents.

D.  Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3) or 7062, this Order shall be immediately effective.

Dated: May  20 , 2010

ENTER:

J. Cx  *Jacqueline P. Cox*

Hon. Jacqueline P. Cox
United States Bankruptcy Judge

AGREED TO BY COUNSEL TO
BRIDGEVIEW BANK GROUP

By: _____
Douglas J. Lipke, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois  60601
312.609.7646

AGREED TO BY COUNSEL TO
DEBTORS

By: _____
Michael J. Davis, Esq.
Springer Brown Covey Gaertner and
  Davis
400 S. County Farm Rd., Suite 330
Wheaton, Illinois  60187
630.510.0000