# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Proceeding |
| | ) | |
| Brittwood Creek LLC, | ) | Case No. 10 B 15776 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday**, **June 8, 2010**, at **9:30 a.m.**, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 619, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present a **MOTION TO CONVERT OR, IN THE ALTERNATIVE, DISMISS CHAPTER 11 CASE AND SHORTEN NOTICE,** a copy of which is attached hereto and is herewith served upon you.

/s/Denise A. DeLaurent
DENISE A. DeLAURENT, ATTORNEY
OFFICE OF THE U.S. TRUSTEE
219 SOUTH DEARBORN ST. ROOM 873
(312)886-3326

## CERTIFICATE OF SERVICE

I, Denise A. DeLaurent, an Attorney, state that pursuant to Local Rule 9013-3(D) the above **Notice of Motion** and the a copy of the **MOTION TO CONVERT OR, IN THE ALTERNATIVE, DISMISS CHAPTER 11 CASE AND SHORTEN NOTICE** were filed on May 26, 2010, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on May 26, 2010.

/s/ Denise A. DeLaurent

# SERVICE LIST

### Registrants Served Through the Court's Electronic Notice For Registrants

Douglas J. Lipke
dlipke@vedderprice.com

Michael J. Davis
mdavis@springerbrown.com

**Parties Served via First Class Mail**

Brittwood Creek LLC
11500 West 79th Street
Burr Ridge, IL 60537

All American Plumbing
6S716 Vandustrial Drive
Westmont, IL 60559

Arrow Road Construction Co.
3401 South Busse Road
P.O. Box 334
Mount Prospect, IL 60056

Bellock & Coogan, Inc.
1110 Jorie Blvd
Suite 210
Oak Brook, IL 60523

Bridgeview Bank
7940 South Harlem
Bridgeview, IL 60455

Callaghan Associates, Inc.
43 Baybrook
Oak Brook, IL 60523

Contech Construction Products, Inc.
1200 Harger
Oak Brook, IL 60523-1805

Daniel P. Callaghan
43 Baybrook Lane
Oak Brook, IL 60523

David G. Callaghan Revocable Trust
c/o Jeffrey Schmidt, trustee
2580 Foxfield, Suite 201
Saint Charles, IL 60174

Engineering Resource Associates Inc.
3S701 West Avenue
Suite 150
Warrenville, IL 60555-3264

Fergon Architects, LLC
434 North Dover Avenue
LaGrange Park, IL 60526

Forest Gate Inc.
43 Baybrook Lane
Oak Brook, IL 60523

Halquist Stone
P.O. Box 88033
Milwaukee, WI 53288-0033

Honey Bucket
P.O. Box 491
Elmhurst, IL 60126

**Parties Served via First Class Mail Continued**

Image Enterprises, Inc.
565 Clarissa Court
Naperville, IL 60540

Institute In Basic Life Principles
343 North Adams Road
Oak Brook, IL 60523

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Internal Revenue Service A-K
230 S. Dearborn St.
Mail Stop 5016
Chicago, IL 60604

James Newbold, Esq.
Office of the Attorney General
Revenue Litigation Division
100 West Randolph Street
Chicago, IL 60601

Ives/Ryan Group
1801-A North Mill Street
Naperville, IL 60563-1274

J & L Enterprises, LTD
4700 North Gilbert Avenue, Suite 47
PMB #221
Western Springs, IL 60558-1666

John H. Yelnick Construction Co.
130 Indian Wood Lane
Indian Head Park, IL 60525-3726

John Pcolinski
Guerard, Kalina and Butkus
100 West Randolph Street, Suite A1
Wheaton, IL 60187

Morrissey & Robinson
One Oak Park Terrace
Suite 1802
Oak Brook Terrace, IL 60181-4476

Neslund & Associates
115 South River Road
North Aurora, IL 60542

O'Neill Masonry, Inc.
12541 Rosewood Drive
Homer Glen, IL 60491

P. Walker Bros., Inc.
716 Burlington Avenue
Suite 150
LaGrange, IL 60525

Pac Van
2693 Paysphere Circle
Chicago, IL 60674

Prairie Path Pavers , Inc.
500 East Cossitt Avenue
LaGrange, IL 60525

Siebert Trucking Services, Inc.
P.O. Box 5006
Naperville, IL 60567-5006

Testing Service Corp.
360 South Main Street
Carol Stream, IL 60188-2448

Trident Custom Builders
1357 Lahard Road
New Lenox, IL 60451

Unilock Chicago
301 East Sullivan road
Aurora, IL 60504

Visa
P.O. 1111
Madison, WI  53701

Willie Brothers Lumber, Inc.
12600 Hamlin Court
Alsip, IL 60803

Woodland Green, Inc.
2655 North Meadow Drive
Morris, IL 60450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Proceeding |
| | ) | |
| Brittwood Creek LLC, | ) | Case No. 10 B 15776 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |

**MOTION TO CONVERT OR, IN THE ALTERNATIVE,
DISMISS CHAPTER 11 CASE AND TO SHORTEN NOTICE**

TO:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

NOW COMES WILLIAM T. NEARY, the United States Trustee for the Northern District of Illinois (hereinafter referred to as the "U.S. Trustee"), by his attorney, Denise A. DeLaurent, and pursuant to §1112 of the Bankruptcy Code, 11 U.S.C. §§101 et seq. (hereinafter referred to as the "Code"), moves this court for entry of an order converting the case of Brittwood Creek LLC., Debtor herein (hereinafter referred to as the "Debtor") to a case under Chapter 7 of the Code, or, in the alternative, dismissing this case and to shorten notice to creditors for cause.  In support thereof, the U.S. Trustee states as follows:

1.   This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to IOP(15)(A) of the United States District Court for the Northern District of Illinois.

2.   The Debtor's primary asset consists of lots 1 through 16 and lots 18 through 30 in the Brittwood Creek Subdivision at 35th Street and Route 83 in Oak Brook, Illinois (the "Property").

3.　　Bridgeview Bank Group ("Bridgeview") filed a Motion to Dismiss or in the Alternative Granting Relief from the Stay ("Bridgeview's Motion").  Bridgeview holds a mortgage on the Property and on March 8, 2010, Bridgeview obtained a judgement of foreclosure.

4.　　The Debtor commenced this case on April 9, 2010, by filing a voluntary petition for relief under Chapter 11 of the Code.  The Petition was filed on the last business day before the scheduled sheriff's sale of the Property set for April 12, 2010 by Bridgeview.

5.　　Pursuant to §521(1) of the code, the Debtor filed her schedules of assets and liabilities.  The schedules as filed show:

| | |
|---|---|
| total assets valued at | $32,008,066.00 |
| priority debt of | $0.00 |
| secured debt of | $35,236,063.36 |
| and unsecured debt | $3,228,768.94 |

6.　　The Debtor filed this Chapter 11 case in order to stop the sheriff's sale of the Property and to reorganize by selling individual lots.

7.　　This Court scheduled an evidentiary hearing on Bridgeview's Motion for May 25, 2010.  Prior to the hearing the Debtor and Bridgeview entered into a Agreed Order terminating the automatic stay as to Bridgeview and allowing them to proceed to sale in state court.

8.　　Based on the above facts, the Debtor has inadequate income and assets to fund a plan of reorganization and has no likelihood of rehabilitation.

9.　　There are a small number of creditors in this case and the U.S. Trustee has served all creditors with a copy of this motion.

10.　　Based on the foregoing, the U.S. Trustee believes that cause exists to convert this case to Chapter 7 or in the alternative dismiss this case pursuant to §1112(b) of the Code and

that due cause exists to shorten notice to creditors to that given..

    **WHEREFORE**, the U.S. Trustee prays for an order converting this case to Chapter 7 of the Code or, in the alternative, dismissing this case and shortening notice to creditors, and for such other relief as the Court deems just.

        RESPECTFULLY SUBMITTED:

        WILLIAM T. NEARY
        UNITED STATES TRUSTEE


DATED:   May 26, 2010         BY:   /s/ Denise A. DeLaurent
        DENISE A. DeLAURENT, ATTORNEY
        OFFICE OF THE U.S. TRUSTEE
        219 SOUTH DEARBORN ST. ROOM 873
        (312)886-3326