UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Proceeding |
| | ) | |
| Brittwood Creek LLC, | ) | Case No. 10 B 15776 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |

## ORDER DISMISSING CHAPTER 11 CASE

This case is before the Court on a motion to dismiss this Chapter 11 case. After notice and a hearing, the Court orders as follows:

1. Based on the facts and circumstances of this case the Court finds that adequate notice of the U.S. Trustee's Motion to Dismiss has been provided to all creditors and parties in interest;

2. This case is dismissed; and

3. The Debtor shall forthwith pay the United States Trustee the sum of $325, that amount being the sum owed pursuant to 28 U.S.C. §1930 and the Court retains jurisdiction to enforce collection of same.

Dated: June 8, 2010

*Jacqueline P. Cox*
HONORABLE JACQUELINE P. COX
U.S. BANKRUPTCY JUDGE